UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-EASTERN DISTRICT

In the Matter of:

Jerome White

     Debtor.

_____/

Case No. 08-58840
Chapter 7
Honorable Steven W. Rhodes

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$4,108.76** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. Law Firm of Chirste Lynn McGahan PC<br>30600 Telegraph Road<br>Suite 4290<br>Bingham Farms, MI 48025 | **5**<br><br><br>**with interest** | $3990.33<br><br><br>$118.43 |
| | **Total:** | **$4,108.76** |

Dated: December 13, 2010

/s/ Michael A. Stevenson (P37638)
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034
mstevenson@sbplclaw.com